UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>FELICIA WARDELL,<br><br>                    Defendant. | NO:  CR-2:15-CR-0095-RMP<br><br>PROTECTIVE ORDER AND ORDER GRANTING MOTION FOR DISCLOSURE TO DEFENSE COUNSEL BUT NOT UNSEALING |

BEFORE THE COURT are the United States' Motion for Disclosure to Defense Counsel but not Unsealing, ECF No. 17, and the United States' Motion for Protective Order, ECF No. 18.  The Court has reviewed the record, the pleadings contained therein, and is fully informed.

The Government recognizes the need for defense counsel to access affidavits in support of search warrants that are currently sealed that contain information necessary for counsel to prepare a defense or enter plea negotiations.  However, these documents contain information pertaining to ongoing investigations.  The

ORDER GRANTING MOTION FOR DISCLOSURE TO DEFENSE COUNSEL BUT NOT UNSEALING ~ 1

Government therefore requests that this Court approve disclosure to defense counsel but not unsealing of the following documents:

> Application and Affidavit for Search Warrant, Search Warrant and Attachments, Search Warrant Returns Re: MJ-14-329, MJ-14-329 Amended, MJ-14-330, MJ-14-331, MJ-14-338, MJ-14-339, MJ-14-340, MJ-14-350, MJ-14-371, MJ-14-376, MJ-14-380

The Government also seeks permission to refer to the existence of and the contents of these materials during court proceedings and for defense counsel to be granted the same. Additionally, the Government seeks a Protective Order regarding these documents and justifies their request by citing safety concerns and concerns regarding the integrity of ongoing investigations. Defense counsel has not filed any objection to either of the Government's motions. The Government includes requests for expedited hearings within the present motions, but pursuant to Local Rule 7.1 (h)(2)(C), such requests are properly made in a separate motion to expedite with a hearing date that is not less than seven days after the motion's filing.

In light of the foregoing considerations, this Court finds good cause to allow the Government to disclose the documents referenced above, to allow the parties to refer to their existence and their contents during court proceedings, and to issue a Protective Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Disclosure to Defense Counsel but not Unsealing, **ECF No. 17**, is **GRANTED**.

2. The United States' Motion for Protective Order, **ECF No. 18**, is **GRANTED**.

3. The following documents shall be disclosed to defense counsel but will otherwise remain sealed:

   Application and Affidavit for Search Warrant, Search Warrant and Attachments, Search Warrant Returns Re: MJ-14-329, MJ-14-329 Amended, MJ-14-330, MJ-14-331, MJ-14-338, MJ-14-339, MJ-14-340, MJ-14-350, MJ-14-371, MJ-14-376, MJ-14-380

4. The United States will provide discovery materials on an on-going basis to defense counsel;

5. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

6. Defense counsel may show to and discuss with the Defendant the discovery material, including sealed documents;

7. Defense counsel shall not provide originals or copies of sealed discovery materials directly to Defendant;

8. Defense counsel shall not otherwise provide originals or copies of the sealed discovery material to any other person, excluding subsequently appointed or retained defense counsel and any staff of defense counsel or

investigator and/or expert engaged by defense counsel who will also be bound by the terms and conditions of this Protective Order;

9. The United States and defense counsel may reference the existence of and contents of sealed discovery material in open and closed court proceedings relevant to 2:15-CR-95-RMP.

10. The parties reserve the right to seek relief from the Protective Order should the need arise.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 5th day of November 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge