# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Wardell, Felicia | Docket No. | 2:15CR00095-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Felicia Wardell, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 25th day of September 2015 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Special Condition Imposed on November 23, 2015:** Defendant shall comply with her current outpatient substance abuse treatment and maintenance programs, and all future treatment programs to which she is referred by her supervising U.S. probation officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to ingesting heroin on two occasions.

**Violation #2:** The defendant has failed to report for random drug testing on multiple occasions.

**Violation #3:** The defendant was terminated from her outpatient substance abuse treatment and maintenance program.

**Violation #4:** The defendant failed to engage in substance abuse treatment as recommended by the supervising U.S. probation officer.

    **PRAYING THAT THE COURT WILL ORDER A WARRANT**

                                                  I declare under the penalty of perjury that the foregoing is true and correct.

                                                  Executed on:   02/22/2016

                     by    s/Erik Carlson

                                                  Erik Carlson
                                                  U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

                                                    Signature of Judicial Officer

                                                    February 22, 2016
                                                    Date